(2) If so, was the petitioner "twice put in jeopardy" in this case?

Case transferred to appellate docket. *H. Thomas Sisk* and *M. Michael Cramer* for petitioner. *Francis B. Burch,* Attorney General of Maryland, and *Edward F. Borgerding,* Assistant Attorney General, for respondent. ▮

No. 89. STOLLAR *v.* OGILVIE, SHERIFF. Sup. Ct. Ill. Certiorari denied. *Charles A. Bellows* for petitioner. *John J. Stamos, Edward J. Hladis,* and *Ronald Butler* for respondent. ▮

No. 402. LUCKE *v.* DAVIS, COMMISSIONER OF PERSONNEL OF MARYLAND, ET AL. Ct. App. Md. Certiorari denied. *Leonard J. Kerpelman* for petitioner. *Francis B. Burch,* Attorney General of Maryland, *Thomas A. Garland,* Assistant Attorney General, for respondents.

No. 924. MARICOPA BY-PRODUCTS, INC., ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *John P. Frank* and *John J. Flynn* for petitioners. *Solicitor General Griswold* for the United States.

No. 1387. BECKHAM *v.* MOUTON, COLLECTOR OF REVENUE OF LOUISIANA. Ct. App. La., 2d Cir. and/or Sup. Ct. La. Certiorari denied. *Clarence L. Yancey* for petitioner. ▮

No. 1396. STEVENS INDUSTRIES, INC. *v.* MARYLAND CASUALTY Co. C. A. 5th Cir. Certiorari denied. *Emmet J. Bondurant* for petitioner. *McChesney H. Jeffries* for respondent. ▮